COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Kevin Wimes v. The State of Texas

Appellate case number:    01-14-00824-CR

Trial court case number:   1431168

Trial court:              339th District Court of Harris County

       This case was abated and remanded to the trial court for the trial court to appoint counsel to represent appellant on appeal. The trial court clerk filed a record on February 5, 2015, containing an order of the trial court appointing counsel, Terrence Gaiser, to represent appellant. Accordingly, we REINSTATE this case on the Court's active docket.

       Appellant's brief is ORDERED to be filed no later than 30 days from the date of this order.[1] *See* TEX. R. APP. P. 38.6(a).

       The State's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ <u>Sherry Radack</u>
                       ☒ Acting individually    ☐ Acting for the Court

Date: February 19, 2015

---

[1]     The clerk's record was filed on December 2, 2014, and the court reporter's record was filed on February 12, 2015.